AO91 (Rev. 12/03)   Criminal Complaint                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:15-po-05688

Rafael MURILLO-Guzman  
IAE A079 523 632  
Mexico 1977

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 20, 2015** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Rafael MURILLO-Guzman was encountered by Border Patrol Agents near Hidalgo, Texas on December 20, 2015. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on December 20, 2015 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes   ☒ No

/S/  De Los Santos Iii, Adan  Border Patrol Agent  
Signature of Complainant

De Los Santos Iii, Adan    Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 22, 2015                                              at       McAllen, Texas  
Date                                                                                  City/State

Dorina Ramos            U.S. Magistrate Judge  
Name of Judge            Title of Judge                                   Signature of Judge